**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016

Attorney for Defendant, JOHN GRUDGEON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | CASE #6:06mj-00217-WMW |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| ) | UNTIL FEBRUARY 20, 2007 |
| vs. ) | |
| JOHN GRUDGEON, ) | |
| Defendant. ) | |

    IT IS HEREBY STIPULATED by and between the Defendant, JOHN GRUDGEON, his Attorney of record, Carol Ann Moses, and the Legal Officer for the United States Government, ELIZABETH WALDOW, that the Status Conference in the above-captioned matter currently scheduled for January 23, 2007, at 10:00 a.m. be continued until February 20, 2007 at 10:00 a.m. as discovery has not been completed.

Dated:   January 17, 2007

                                        By:  /S/ Carol Ann Moses
                                              CAROL ANN MOSES
                                              Attorney for Defendant
                                              JOHN GRUDGEON

Dated:   January 18, 2007

                                        By:  /S/ Elizabeth Waldow
                                              Elizabeth Waldow
                                              Legal Officer for
                                              United States Government

1
2                                    * * * ORDER * * *
3        The Court, having reviewed the above request for a Continuance of Status Conference
4   until February 20, 2007 and Order Thereon, HEREBY ORDERS AS FOLLOWS:
5        1.    The Status Conference Hearing for Defendant, JOHN GRUDGEON, shall be
6              continued to February 20, 2007 at 10:00 a.m.
7   Dated: _____, 2007
                                                    By: _____
8                                                       WILLIAM M WUNDERLICH
                                                        United States Magistrate Judge
9
                             IT IS SO ORDERED.
10
         **Dated:   January 22, 2007         /s/  William M. Wunderlich**
11                  mmkd34UNITED STATES MAGISTRATE JUDGE

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28