```
 1  ELIZABETH WALDOW
    NATIONAL PARK SERVICE
 2  Legal Officer
    Law Enforcement Office
 3  P.O. Box 517
    Yosemite, California 95389
 4  Telephone: 209-372-0243
 5
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                 EASTERN DISTRICT OF CALIFORNIA
10  UNITED STATES GOVERNMENT,   )   CASE 6:06-mj-0217-WMW
                                )
11        Plaintiff,            )
                                )   STIPULATION TO CONTINUE
12                              )   PLAINTIFF'S  RESPONSE IN
              vs.               )   OPPOSITION TO DEFENDANT'S
13                              )   MOTION TO DISMISS COUNTS 2 & 4
                                )
14                              )
    JOHN ELLIOT GUDGEON          )
15                              )
          Defendant.            )
16  _____)
                                )
17  _____)

18      IT IS HEREBY STIPULATED by and between ELIZABETH WALDOW,

19  the Legal Officer for the United States Government and Defendant,

20  JOHN ELLIOT GUDGEON, and his Attorney of record, CAROL ANN MOSES,

21  that the filing of Plaintiff's response in the above-captioned

22  matter scheduled for April 6, 2007, be continued until April 13,

23  2007.

24
    Dated:  April 5, 2007          By:  /s/ Elizabeth Waldow
25                                 ELIZABETH WALDOW
                                   Legal Officer
26                                 United States Government

27
    Dated:  April 5, 2007          By:  /s/ Carol Ann Moses
28                                 CAROL ANN MOSES
                                   Attorney for John E. Gudgeon
                                   As authorized on April 4, 2007
```

1
2                          * * * ORDER * * *
3     The Court, having reviewed the above request for a
4 Continuance in Plaintiff's Filing of Response to Defendant's
5 Motion to Dismiss until April 13, 2007, and Order Thereon, HEREBY
6 ORDERS AS FOLLOWS:
7     1.   The Plaintiff's Response to Defendant, JOHN ELLIOT
8          GUDGEON, shall be continued to April 13, 2007.
9
10
11                         IT IS SO ORDERED.
12     **Dated:   April 9, 2007         /s/  William M. Wunderlich**
                  mmkd34UNITED STATES MAGISTRATE JUDGE
13