ELIZABETH WALDOW
LEGAL OFFICER
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243

**In The Eastern District of California for the**

**United States District Court**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:06-mj-0217 |
| | ) | |
| Plaintiff, | ) | ORDER TO DENY DEFENDANT'S |
| | ) | MOTION TO DISMISS |
| v. | ) | |
| | ) | |
| JOHN ELLIOTT GUDGEON, | ) | Date: May 8, 2007 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Courtroom: U.S. Magistrate |
| | ) | Judge: |
| | ) | Hon. William M. Wunderlich |

For the reasons stated in the United States Government Response in Denial of Defendant's Motion to Dismiss the United States Government, through its representative Elizabeth Waldow, respectfully requests that the Defendant's Motion to Dismiss be denied.

1

Respectfully submitted,

Dated:  May 8, 2007 ,          /s/Elizabeth Waldow
                               Elizabeth Waldow, Legal Officer
                               National Park Service

**ORDER**

It is so ordered.

Date: _____        _____
                               The Hon. William M. Wunderlich
                               Magistrate Judge for the
                               Eastern District of California

IT IS SO ORDERED.

**Dated:   May 10, 2007**              **/s/  William M. Wunderlich**
                                 UNITED STATES MAGISTRATE JUDGE

2